UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| VALERIE RICHARDS, ) | |
| ) | Case # 2:09-cv-00873-FJM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RISKPRO CONSULTING, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

VALERIE RICHARDS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, RISKPRO CONSULTING (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:  /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025

1